## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and other statutes to secure, inter alia, unpaid minimum wages and overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Family construction and Home Improvement, Inc., and Ion Vanciu, and/or any other associated parties.

I authorize Lopez & Sanchez, LLP, and any associated attorneys as well as any successors or assigns, to represent me with my claims either individually or by joining my claims with others similarly situated.

*ROBERTO NAVARRETE*
Full Legal Name (Print)

*Roberto* (signature)
Signature

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and other statutes to secure, inter alia, unpaid minimum wages and overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Family construction and Home Improvement, Inc., and Ion Vanciu, and/or any other associated parties.

I authorize Lopez & Sanchez, LLP, and any associated attorneys as well as any successors or assigns, to represent me with my claims either individually or by joining my claims with others similarly situated.

Jose Gutierrez
Full Legal Name (Print)

*Jose Gutierrez*
Signature

# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and other statutes to secure, inter alia, unpaid minimum wages and overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Family construction and Home Improvement, Inc., and Ion Vanciu, and/or any other associated parties.

I authorize Lopez & Sanchez, LLP, and any associated attorneys as well as any successors or assigns, to represent me with my claims either individually or by joining my claims with others similarly situated.

Benjamin Vergara
_____
Full Legal Name (Print)

*[signature]*
_____
Signature

# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and other statutes to secure, inter alia, unpaid minimum wages and overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Family construction and Home Improvement, Inc., and Ion Vanciu, and/or any other associated parties.

I authorize Lopez & Sanchez, LLP, and any associated attorneys as well as any successors or assigns, to represent me with my claims either individually or by joining my claims with others similarly situated.

   Angel Maldonado
_____
Full Legal Name (Print)

*Angel Maldonado* (signature)
Signature

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and other statutes to secure, inter alia, unpaid minimum wages and overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Family construction and Home Improvement, Inc., and Ion Vanciu, and/or any other associated parties.

I authorize Lopez & Sanchez, LLP, and any associated attorneys as well as any successors or assigns, to represent me with my claims either individually or by joining my claims with others similarly situated.

cristoBAl Hchrah lez
Full Legal Name (Print)

cristoBAl
Signature

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and other statutes to secure, inter alia, unpaid minimum wages and overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Family construction and Home Improvement, Inc., and Ion Vanciu, and/or any other associated parties.

I authorize Lopez & Sanchez, LLP, and any associated attorneys as well as any successors or assigns, to represent me with my claims either individually or by joining my claims with others similarly situated.

_Marco Vergara_
Full Legal Name (Print)

_____
Signature